UNITED STATES DISTICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATRIL NORRIS<br>AND<br>BRENETTA NORRIS, h/w<br>2019 DEVEREAUX AVENUE<br>PHILADELPHIA, PA 19149<br><br>v.<br><br>HARRAH'S ATLANTIC CITY PROPCO, LLC<br>777 HARRAH'S BOULEVARD<br>ATLANTIC CITY, NJ 08401<br>AND<br>HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC<br>777 HARRAH'S BOULEVARD<br>ATLANTIC CITY, NJ 08401 | CIVIL ACTION NO: 2:16-cv-04625-ER |



FILED
SEP 23 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## STIPULATION TO TRANSFER TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

It is agreed by and between the parties that the above captioned case is transferred to the United States District Court for the District of New Jersey.

_____
MITCHELL S. CLAIR, ESQUIRE
ATTORNEY FOR PLAINTIFF

DATED: 9/20/16

_____
RUSSELL L. LICHTENSTEIN
ATTORNEY FOR DEFENDANT

DATED 9/15/2016

APPROVED

9/23/16